PS 42
(Rev 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| John Claiborne | ) Case No. 0860 4:15CR00042 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John Claiborne_____, have discussed with _____Alison Scifres_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Modification conditions to include: not use alcohol at all.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-31-15    _____  12/31/2015
Signature of Defendant        Date       Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____             1-4-16
Signature of Defense Counsel          Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is not ordered.

_____             January 4, 2016
Signature of Judicial Officer         Date